IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| NICOLE WHITNEY,<br><br>    Plaintiff,<br><br>vs.<br><br>FRANKLIN GENERAL HOSPITAL;<br>FRANKLIN COUNTY, IOWA;<br>MERCY HEALTH SERVICES -<br>IOWA CORP; MERCY HEALTH<br>NETWORK, INC.; BRIAN HANSEN;<br>VICTORIA KRUSE; and<br>KIM PRICE,<br><br>    Defendants. | No. C13-3048<br><br>ORDER FOR ADMISSION<br>*PRO HAC VICE* |

This matter comes before the Court on the Motion for Admission Pro Hac Vice (docket number 93) filed by attorney Gillian G. O'Hara on March 18, 2015. The Court finds the motion should be granted.

### ORDER

IT IS THEREFORE ORDERED that the Motion for Admission Pro Hac Vice (docket number 93) is hereby **GRANTED**. Attorney Gillian G. O'Hara is authorized to appear on behalf of Defendants Franklin General Hospital, Mercy Health Services - Iowa Corp. d/b/a Mercy Medical Center, improperly named as Mercy Health Services - Iowa Corp., Mercy Health Network, Inc., and Kim Price.

DATED this 18th day of March, 2015.

_____
JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA